**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DORIS HADCOCK,**

    **Plaintiff,**

v.                                                            **Case No: 5:20-cv-95-Oc-30PRL**

**JEST OPERATING, INC., PATRICIA R.**
**LEININGER, MERIDETH C. NAGEL,**
**MICHAEL J. ROGERS, CHRISTIAN**
**W. WAUGH, MERIDETH NAGEL, P.A.,**
**WAUGH LAW, P.A., GAYLORD &**
**ROGERS, LLC, ELIZABETH HEIMAN**
**and KIMBERLY SCHULTE,**

    **Defendants.**

## ORDER

On January 7, 2021, Non-Party Florida Agency for Healthcare Administration ("AHCA") filed its objection and moved to quash a subpoena issued by Plaintiff's counsel. (Doc. 106). AHCA argues that it was not given enough time to respond to the subpoena, that the requests are overly broad, unduly burdensome, and oppressive, and that the subpoena seeks confidential information. However, AHCA has not filed the subpoena, nor has it provided any details regarding the specific requests, including whose medical information Plaintiff is attempting to obtain. Thus, the Court is unable to evaluate whether the subpoena is proper. Accordingly, AHCA's motion (Doc. 106) is **DENIED**. Within **seven (7) days**, AHCA shall either comply with the subpoena or file a motion providing the Court with sufficient information so that it can make a determination.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on January 8, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Andrew T. Sheeran, Esq.