UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHELLEY CARRIER, Personal Representative of the Estate of Doris Hadcock

    Plaintiff,

v.                                        Case No: 5:20-cv-95-JSM-PRL

JEST OPERATING, INC., PATRICIA R. LEININGER, MERIDETH C. NAGEL, MICHAEL J. ROGERS, MERIDETH NAGEL, P.A., GAYLORD & ROGERS, LLC and ELIZABETH HEIMAN,

    Defendants.

## ORDER

Defendants Michael J. Rogers and Gaylord & Rogers, LLC filed a motion to compel seeking production of documents related to the settlement between Plaintiff and co-defendants Christian Waugh and Waugh Law, P.A. (Doc. 157). Although unpersuaded by Defendants' arguments as to why the documents should be produced, the Court deferred ruling so that it could first review them *in camera*. (Doc. 159). Now, after reviewing the settlement documents, the Court is satisfied that the motion to compel is due to be denied.

**DONE** and **ORDERED** in Ocala, Florida on September 29, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:
Counsel of Record
Unrepresented Parties