**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SHELLEY CARRIER, as the**
**Personal Representative of the Estate**
**of DORIS HADCOCK,**

    **Plaintiff,**

**v.**                                                       **Case No: 5:20-cv-95-JSM-PRL**

**JEST OPERATING, INC. d/b/a**
**SOMERSET, et al.,**

    **Defendants.**

## ORDER

On April 28, 2023, the Court ruled on the parties' motions for attorney's fees and costs and held that: Defendants are entitled to attorney's fees on the elder exploitation claims because each claim lacked substantial factual or legal support; Defendants Patricia R. Leininger, Meredith C. Nagel (and Meredith Nagel, P.A.), and Elizabeth Heiman are entitled to costs under Federal Rule Civil Procedure 54(d)(1); and Plaintiff Shelley Carrier is entitled to costs against Jest as the prevailing party under Rule 54(d)(1). (Doc. 429). The Court, however, refrained from determining the amount of the fees and costs until the conclusion of the pending appeal, and directed the parties, at the conclusion of the appeal in this case, to file a notice with the Court as to the outcome of the appeal and how they would like to proceed.

On April 19, 2024, the Eleventh Circuit issued its decision affirming the judgment of the district court. (Doc. 433). Defendants Leininger and Nagel filed motions for appellate

- 2 -

attorney's fees with the Eleventh Circuit. (Docs. 436, 437). Those motions have been transferred to this Court for resolution (Doc. 435). and referred to me.

As noted above, the parties were directed to file a notice advising the Court as to the outcome of the appeal and how the Court should proceed on determining the amount of fees and costs. To date, they have not done so. Accordingly, **by August 9, 2024**, the parties are directed to file a notice advising the Court how it should proceed regarding the award of attorney's fees and costs in this case (in both the underlying action and on appeal).

**DONE** and **ORDERED** in Ocala, Florida on July 26, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties