UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHELLEY CARRIER, Personal Representative of the Estate of Doris Hancock,

    Plaintiff,

v.                                                   Case No: 5:20-cv-95-JSM-PRL

JEST OPERATING, INC., et al.

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 462). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 462) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Patricia R. Leininger's supplemental motion to fix attorney's fees and costs, for entitlement to appellate attorneys' fees, and for sanctions (Doc. 453) and motion for appellate attorney's fees (Doc. 436) are granted to the extent that Patricia R. Leininger is awarded attorney's fees in the amount of $361,103.75 for the district court and $61,455.00 for the appeal pursuant to §772.11, Fla. Stat.; and that costs are taxed in favor of Patricia R. Leininger in the amount of $3,047.82 pursuant to § 772.11, Fla. Stat. and 28 U.S.C. § 1920.

3. The Clerk of Court is directed to enter judgment in favor of Patricia R. Leininger and against Shelley Carrier, as the personal representative of the Estate of Doris Hadcock, for attorney's fees and costs in the amount of $425,606.57.

4. Meredith C. Nagel and Meredith Nagel, P.A. are awarded attorney's fees in the amount of $213,110.00 pursuant to § 772.11, Fla. Stat.; and that costs are taxed in favor of Meredith C. Nagel and Meredith Nagel, P.A. in the amount of $2,753.40 pursuant to § 772.11, Fla. Stat. and 28 U.S.C. § 1920.

5. Meredith C. Nagel and Meredith Nagel, P.A.'s motion for appellate attorney's fees (Doc. 437) is terminated as moot.

6. The Clerk of Court is directed to enter judgment in favor of Meredith C. Nagel and Meredith Nagel, P.A. and against Shelley Carrier, as the personal representative of the Estate of Doris Hadcock, for attorney's fees and costs in the amount of $215,863.40.

7. Jest Operating, Inc. d/b/a Somerset is awarded attorney's fees in the amount of $236,044.50 pursuant to § 772.11, Fla. Stat.; and that $40.00 in costs is taxed in favor of Jest Operating, Inc. d/b/a Somerset pursuant to § 772.11, Fla. Stat and Elizabeth Heiman pursuant to 28 U.S.C. § 1920.

8. The Clerk of Court is directed to enter judgment in favor of Jest Operating, Inc. d/b/a Somerset and against Shelley Carrier, as the personal representative of the Estate of Doris Hadcock, for attorney's fees in the amount of $236,044.50.

9. The Clerk of Court is directed to enter judgment in favor of Jest Operating, Inc. d/b/a Somerset and Elizabeth Heiman and against Shelley Carrier, as the personal representative of the Estate if Doris Hadcock, for costs in the amount of $40.00.

10. Costs are taxed in favor of Shelley Carrier, as the personal representative of the Estate of Doris Hadcock, in the amount of $28,274.36 pursuant to 28 U.S.C. § 1920.

11. The Clerk of Court is directed to enter judgment in favor of Shelley Carrier, as the personal representative of the Estate of Doris Hadcock, and against Jest Operating, Inc. d/b/a Somerset for costs in the amount of $28,274.36.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of February, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record